FRANK ANSEDE v. NATIONAL GYPSUM COMPANY.

May 18, 1976. Petition for certification granted.

JESSE A. HOWLAND & SONS, INC. v.
THE BOROUGH OF NEW SHREWSBURY.

May 18, 1976. Petition for certification denied.

ROGER R. EVANS v.
AMBASSADOR INSURANCE COMPANY, INC.

May 18, 1976. Petition for certification denied.

GEORGE LYNCH v.
GALLER SEVEN-UP PRE-MIX CORPORATION.

May 18, 1976. Petition for certification granted.

RICHARD K. TRIMBLE v.
NEW JERSEY DIVISION OF MOTOR VEHICLES.

May 18, 1976. Petition for certification denied.

LEONARD NOVITCH v. ANGELINA NOVITCH.

May 18, 1976. Petition for certification denied.